Rev. 4/18

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT
### CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 25-13991

| Caption: | |
|---|---|
| **Maria Simmons** | District and Division: Northern District of Georgia Gainesville Division |
| | Name of Judge: Steve C. Jones |
| | Nature of Suit: Fair Labor Standards Act |
| **v.** | Date Complaint Filed: 01/25/2023 |
| | District Court Docket Number: 2:23-cv-00015 |
| **Wal-Mart Associates, Inc.** | Date Notice of Appeal Filed: November 13, 2025 |

☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☑ Yes ☐ No
If Yes, provide
(a) Caption: Maria Simmons v. Wal-Mart Associates, Inc.
(b) Citation: _____
(c) Docket Number: 25-90012

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:** | **Beverly A. Lucas** | Post Office Box 752 | (706)754-2001 |
| ☑ Plaintiff | | Clarkesville, Georgia | (706)754-8085 |
| ☐ Defendant | | 30523 | beverly@lucasandleon. |
| ☐ Other (Specify) | | | com |

**For Appellee:**
☐ Plaintiff
☐ Defendant
☐ Other (Specify)

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | | ☐ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded: $_____ |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | to _____ |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☐ TRO ☐ Preliminary ☐ Granted |
| | ☐ 54(b) | ☐ Other _____ | ☐ Permanent ☐ Denied |

Based on your present knowledge:

(1)   Does this appeal involve a question of First Impression?   ☑Yes   ☐No
      What is the issue you claim is one of First Impression? See response to Question 5 _____

(2)   Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑Yes   ☐No

      If Yes, provide
      (a)   Case Name/Statute  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Fair Labor Standards Act, 29 U.S.C. Section 201 et seq.
      (b)   Citation _____
      (c)   Docket Number if unreported _____

(3)   Is there any case now pending or about to be brought before this court or any other court or administrative agency that
      (a)   Arises from substantially the same case or controversy as this appeal?   ☐Yes   ☑No
      (b)   Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☑Yes   ☐No

      If Yes, provide
      (a)   Case Name See attached page _____
      (b)   Citation _____
      (c)   Docket Number if unreported  25-14001,25-14002,25-14003,25-14004,25-14005,25-14006,25-14007,25-14008,25-14009,25-13994
      (d)   Court or Agency U.S. Court of Appeals for the Eleventh Circuit

(4)   Will this appeal involve a conflict of law
      (a)   Within the Eleventh Circuit?   ☑Yes   ☐No
      (b)   Among circuits?   ☑Yes   ☐No

      If Yes, explain briefly:
      See attached page.

(5)   Issues proposed to be raised on appeal, including jurisdictional challenges:

      Whether an FLSA claim may be dismissed using FRCP 41(a)(1)(A)(ii)
      through agreement by the parties without court approval when there is a
      stipulation of dismissal without prejudice.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 21st _____ DAY OF November _____, _____.

Beverly A. Lucas                                                /s/ Beverly A. Lucas
_____                                  _____
NAME OF COUNSEL (Print)                                          SIGNATURE OF COUNSEL

## Response to Question 3(a)

1. Arnold v. Wal-Mart Associates, Inc.
2. Moeller v. Wal-Mart Associates, Inc.
3. Talley v. Wal-Mart Associates, Inc.
4. Bradley v. Wal-Mart Associates, Inc.
5. Prather v. Wal-Mart Associates, Inc.
6. Wilson v. Wal-Mart Associates, Inc.
7. Hill v. Wal-Mart Associates, Inc.
8. Le. v. Wal-Mart Associates, Inc.
9. Kirk v. Wal-Mart Associates, Inc.
10. Adams v. Wal-Mart Associates, Inc.

**Response to Question 4**

As the district court properly recognized, "there is a significant split on this issue among the district courts in the Eleventh Circuit." The district court aligned itself with the Second Circuit, but lower courts across the country are also split on this issue.