# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 24, 2026

Richard Burch
Law Office of Richard Burch
11 GREENWAY PLZ RM 3025
HOUSTON, TX 77046

Appeal Number:  25-13991-EE; 25-13994-EE; 25-14001-EE; 25-14002-EE; 25-14003-EE; 25-14004-EE; 25-14005-EE; 25-14006-EE; 25-14007-EE; 25-14008-EE; 25-14009 -EE
Case Style:  Maria Simmons v. Wal-Mart Associates, Inc..
District Court Docket No:  2:23-cv-00015-SCJ

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Motion for leave to file amicus brief filed by Attorney Richard Burch for Not Party National Employment Lawyers Association in 25-14009. Reason(s) no action being taken on filing(s): The amicus brief was not attached with the motion as an exhibit AND the AOC and motion were not filed in each consolidated case. [25-13991, 25-13994, 25-14001, 25-14002, 25-14003, 25-14004, 25-14005, 25-14006, 25-14007, 25-14008, 25-14009]

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

## CORRECTIVE ACTION

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For CIP deficiencies, you must file a CIP on the Court's docket, complete the web-based CIP, or both before or at the same time you refile your document.

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:          404-335-6122
Case Administration:   404-335-6135      Capital Cases:                404-335-6200
CM/ECF Help Desk:    404-335-6125      Cases Set for Oral Argument:  404-335-6141

Notice No Action Taken